August 31, 2007

Mr. J. Shelby Sharpe
Sharpe & Tillman, P.C.
6100 Western Place, Suite 1000
Fort Worth, TX 76107

The Honorable Raul A. Gonzalez Jr.
Law Office of Raul A. Gonzalez
10511 River Plantation Dr.
Austin, TX 78747
Mr. Kelly J. Shackelford
Liberty Legal Institute
903 East 18th Street, Suite 230
Plano, TX 75074-2868

Ms. Amy Warr
Alexander Dubose Jones & Townsend, LLP
515 Congress Ave., Suite 1720
Austin, TX 78701

RE: Case Number: 03-0995
 Court of Appeals Number: 03-01-00103-CV
 Trial Court Number: 98-09152

Style: HEB MINISTRIES, INC., SOUTHERN BIBLE INSTITUTE, AND HISPANIC
 BIBLE INSTITUTE
 v.
 TEXAS HIGHER EDUCATION COORDINATING BOARD AND COMMISSIONER RAYMUND
 PAREDES

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Willett not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Douglas Laycock |
| |Ms. Amalia Rodriguez |
| |Mendoza |
| |Ms. Kathleen Ann Reilly |
| |Barrow |
| |Mr. Trevor Boyd Hall |
| |Prof. Douglas Laycock |
| |Ms. Patricia Valdreace |
| |Hayes |
| |Mr. Allan E. Parker |
| |Mr. James J. S. Johnson |
| |Mr. Jeffrey D. Kyle |